[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

AXA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**

AUG 21 2023 JC

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dahveed Morris

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Lt. Galan
Cook County Department of Corrections
Tom Dart while acting under color Scope of law

(Enter above the full name of ALL defendants in this action. <u>Do not</u> use "et al.")

23-cv-5826
Judge Gettleman
Magistrate Judge Valdez
Direct Assignment/PC8

(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

   A. Name: Dahveed Morris

   B. List all aliases: _____

   C. Prisoner identification number: 20210406131

   D. Place of present confinement: Cook County

   E. Address: 2700 S. California Ave. Chicago, IL 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: LT. Galan
      Title: LT. Cook County Sherrif
      Place of Employment: Cook County Jail

   B. Defendant: Cook County Department of Corrections
      Title: Cook County Department of Corrections
      Place of Employment: Cook County

   C. Defendant: Tom Dart
      Title: Sheriff
      Place of Employment: Cook County

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On approximately 8-10-21 around 12 noon in Division 11 of Cook County Jail LT Galan entered tier CD where I, pretrial detainee Dahveed Morris, was being housed. I was taken out of my cell, searched, and held against the wall. LT. Galan then entered my cell and began to drag all of my personal property out of the cell to include my mattress, property bags, books, letters, family photos, birthday and greeting cards, clothes, shoes, and all of my commissary. As he was taking my property out of the cell he was throwing everything over the rail into the dayroom and kicking some down the stairs while speaking very aggresive and disrespectfully at me while all other detainees watched. He was also yelling for them to go ahead and take whatever they wanted of mine. While he was doing this the detainees got pumped up and aggressive towards me due to negative atmosphere set by LT. Galan and they began to hurl insults and threats at me as well as call me all sorts of names some of which I am still being called to this day. My pride and self respect was

4
Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

stripped from me as well as all my personal property. I had pictures of deceased relatives, baby pictures of my children, letters from loved ones that past away, graduation pictures, pictures of my childrens birth. These things are irreplacable priceless items that have value not just materially but emotionally as well. I am also an 8 year Army Veteran and had pictures of my tours of duty to Afghanistan along with pictures of my fallen comrades. I lost $200.⁰⁰ worth of clothes and over $300.⁰⁰ worth of commissary. No one deserves to be treated like this. This was humiliating, degrading, dehumanizing, and frankly quite dangerous. This has followed me through my incarceration and made my time a lot more stressful and has also provoked attacks on me as well. These negative acts of LT. Galan carry not just short term but long term effects and strongly demonstrates deliberate difference, cruel and unusual punishment, a failure to protect, ~~and also takes my constitutional rights to Due Process.~~

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am seeking $150,000.00 for cruel and unusual punishment, deliberate difference, failure to protect. Purposely destroying irreplaceable and priceless property. So I can help send my children to college and afford them a better oppertunity than I had so they wont have to go through things like this.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __4__ day of __Aug__, 20__23__

_____
(Signature of plaintiff or plaintiffs)

Dahveed Morris
(Print name)

20210406131
(I.D. Number)

2700 S. California Ave
Chicago, IL 60608
(Address)

# 2021 x 12449

## Grievance APPEAL Attachment

Unfortunately, R/Dir. is unable to substantiate your actual loss; however, R/Dir. apologizes for the loss and inconvenience if in-fact this is true. The grievance procedure for detained individuals does not award monetary compensation. You may attempt to re-address a compensation request for the alleged loss *via* the court system. Please refer to the information provided below, if so desired.

*Desafortunadamente, (Personal Respondiendo/Dir.) no puede justificar sus pérdidas; sin embargo, si en realidad esto es cierto R/Dir. le pide disculpa por la perdida y molestias. Los procedimientos de quejas para las personas detenidas no otorgan compensación monetaria. Usted puede intentar a someter otra petición sobre su supuesta perdida de pertenencias con el sistema de Corte para pedir compensación. Si usted desea, por favor consulte la información dada para más detalles.*

### RE: DETAINEE - MISSING PERSONAL PROPERTY

The Risk Management Office / General Liability Claims Division of Cook County has provided the following guideline when seeking compensation for missing personal property: The request for compensation for missing property requires a claim to be filed against the Cook County Department of Corrections in PRO-SE court. This claim may be filed at the Daley Center, 50 West Washington Street – Room 602, Chicago, Illinois. A filing fee based on the amount of your claim will be required. The fee may be reimbursed if this matter is settled in your favor. Purchase receipts for the property in question will be needed to fairly settle your claim.

### ASUNTO: DETENIDO – PERDIDA DE PROPIEDAD PERSONAL

*La Ofician de Manejo de Riesgos / La División de Reclamos de Responsabilidad General de la División de Cook County; ha estipulado las siguientes guias al momento de buscar compensación por la perdida de propiedad privada: El reclamo por compensación de propiedades privada requiere que se presente una denuncia contra el Departamento Correccional del Condado de Cook en la corte PRO-SE. Esta reclamación puede presentarse en el Daley Center, 50 West Washington Street – Room 602, Chicago, Illinois. Es un requisito que se pague una cuota, que se ha de basar por la cantidad que su denuncia estipula. Dicha cuota, será reembolsada, si y solo si, el agravio se resuelve a su favor. Para que su denuncia se pueda resolver justamente, tendrá que presentar los recibos de compra, de la propiedad que está bajo escrutinio.*

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*
## INMATE GRIEVANCE RESPONSE/APPEAL FORM
*(Formulario de Queja del Preso/ Apelación)*

Butler

**CONTROL NUMBER:** 2021X12449
**INMATE #:** 813590

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

**INMATE LAST NAME:** Morris
**INMATE FIRST NAME:** Dahveed
**ID Number:** 20210406131
**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 280 - Property
**IMMEDIATE CRW RESPONSE (If applicable):**

**CRW/ REFERRED THIS GRIEVANCE TO:** Supt - Division 11
**DATE REFERRED:** 9/17/21

### RESPONSE BY PERSONNEL HANDLING REFERRAL

You Recieved A Disciplinary for Popping an OF The Cell where you were moved. Lt GALAN is seen kicking your Mattress down The Stairs. Property was Placed in 2 Brown Bags And Returned to You

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** Sgt PECK #3152
**SIGNATURE:** Sgt Peck
**DIV./DEPT.:** XI CCDOC
**DATE:** 22/SEP/21

### THIS SECTION IS TO BE COMPLETED BY INMATE

**INMATE SIGNATURE:** [signature]
**DATE RESPONSE WAS RECEIVED:** 10/26/21

### INMATE'S REQUEST FOR AN APPEAL

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** 10/26/21

LT Galant kick my mattress and all my property across the gallery and down the stairs. I was moved from the deck and never got any of my property or commissary. This happened on camera. Where is the video of me getting my property?

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes ☐ No ☒

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** R/Dir unable to view camera - R/Dir unable to substantiate allegations - Original Response to Stand - see attachment.

**INMATE SERVICES DIRECTOR/DESIGNEE:** J. Mueller
**DATE:** 10/30/21

### THIS SECTION IS TO BE COMPLETED BY INMATE

**INMATE SIGNATURE:** Delv Via COVID19
**DATE APPEAL RESPONSE WAS RECEIVED:** 11/4/21

(FCN-72) (NOV 17) — (WHITE COPY – INMATE SERVICES) (YELLOW COPY – C.R.W.) (PINK COPY – INMATE)

Dahveed Morris
20210406131    9-3B
2700 S. California Ave
Chicago, IL 60608



RECEIVED

AUG 21 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Prisoner Correspondent
United States District Court
219 S. Dearborn St. 20th Floor
Chicago, IL 60604



08/21/2023-3

