UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAHVEED MORRIS,<br><br>    Plaintiff,<br><br>  v.<br><br>LT. GALAN, *et al.*,<br><br>    Defendants. | Case No. 23 C 5826<br><br>Hon. Robert W. Gettleman |

## STATUS REPORT

Pursuant to this Court's Order (Dkt. No. 10) dated December 11, 2023, appointed counsel for Plaintiff Dahveed Morris, respectfully submits the following status report:

1. On August 10, 2021, Plaintiff filed a complaint against Defendant Lt. Galan, the Cook County Department of Corrections and Cook County Sheriff Tom Dart alleging various civil rights violations. Specifically, Plaintiff asserts claims under 42 U.S.C § 1983 for cruel and unusual punishment, deliberate indifference, failure to protect, and destruction or loss of property as the result of Defendants' conduct.

2. Pursuant to Local Rule 83.37 (N.D. Ill.), this court recruited attorney Stephen V. D'Amore of the law firm Winston & Strawn LLP to represent Plaintiff on December 11, 2023.

3. Counsel for Plaintiff met with Mr. Morris on February 29, 2024, at the Cook County Jail, to discuss the facts of his complaint.

4. Based on conversations with Plaintiff, Counsel will proceed on Plaintiff's *pro se* complaint and does not intend to amend the complaint at this time.

Dated:  March XX, 2024            Respectfully Submitted,

*/s/ Stephen V. D'Amore*
Stephen V. D'Amore
Greg McConnell
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
sdamore@winston.com
gmcconne@winston.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March XX, 2024, the foregoing document was served on all counsel of record via the CM/ECF system.

*/s/ Stephen V. D'Amore*
